UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>          Debtor(s), | No. 22-40819-BDL |
| MEGAN and JOHN DECK,<br><br>          Plaintiff,<br><br>    v.<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>          Defendant(s). | Adversary No. 22-4023-BDL<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR BRITTANY AND THOMAS WEEMS |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that Salish Sea Legal PLLC ("SSL") has filed a Motion to Withdraw as Counsel for Thomas and Brittany Weems (the "Weems"). Through the Motion, SSL seeks an order granting it be excused as counsel for the Weems in this matter.

The Motion relies on all of the files and records herein, including the Declaration of Benjamin A. Ellison with the Motion.

SALISH SEA LEGAL PLLC'S MOTION TO
WITHDRAW AS COUNSEL – 1

PLEASE TAKE FURTHER NOTICE that the Motion IS SET FOR HEARING as follows:

JUDGE: Brian D. Lynch            TIME: 9:00 am

PLACE: U.S. Courthouse       DATE: January 10, 2024
1717 Pacific Avenue
Tacoma, WA 98402

IF YOU OPPOSE THE MOTION, you must file your written response with the Clerk's office of the Bankruptcy Court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 3, 2024. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION WITHOUT FURTHER NOTICE, and strike the hearing

## INTRODUCTION

Salish Sea Legal PLLC, ("SSL") counsel for Thomas Weems and Brittany Weems (the "Weems"), the debtors and defendants in the above-entitled matter, hereby moves the Court for entry of an order approving its withdrawal as counsel for the Weems.

The undersigned is aware as well that as of today's date that an order to show cause was entered for the same hearing date. ECF No. 22. It is SSL's desire that after resolving that issue, the Law Firm can be discharged from this matter.

## STATEMENT OF FACTS

The Weems retained SSL as counsel for the Weems in a half-dozen bankruptcy litigations, as the Law Offices of David Smith represented the Weems and the Elite Corporation in the debtors' main cases.

Since Mr. Weems gave up his discharge in this case, SSL and the Weems have come into

conflict concerning, *inter alia*, strategy for resolving these cases.

SSL conveyed to the Weems at the end of September 2023 that it would withdraw. When the recent motion for summary judgment was filed, SSL reminded the Weems and Mr. Smith that alternate counsel would need to be located.

Until just before the past hearing, SSL believed that a successor law firm would succeed it. However, that did not occur, and the principal of SSL was unable to attend the hearing, as the Weems were aware of in advance.

SSL believes that it worked hard for the Weems over the last 15 months, and notes that it has provided a substantial array of services to the Weems in a large number of litigations for a very affordable cost.

## ARGUMENT

SSL respectfully requests that it be permitted to withdraw as counsel for the Weems, with the withdrawal to be effective immediately. This motion is made in accordance with Local Rule 2089-1 for the Western District of Washington Bankruptcy Court as well as Local District Court Rule 83.2.

Local Rule 2089-1(c) requires that as a result of granting the order requested here, "no deadlines, hearings or trials will be automatically continued." The existing motion for summary judgment is scheduled to be heard 2 weeks after this hearing, and SSL presumes that the Weems will have secured new counsel by then.

For the foregoing reasons, the Law Firm requests that it be excused as counsel for the Weems in this matter. SSL represents that this motion will timely be served on the last known address listed for the Weems, 1420 32nd St NW, Puyallup WA 98371, tel# (253) 209-3661, e-mail: maddenstar247@gmail.com.

SALISH SEA LEGAL PLLC'S MOTION TO
WITHDRAW AS COUNSEL – 3

1     DATED this 19th day of December, 2023.

                                                    SALISH SEA LEGAL PLLC

                                                    */s/ Ben Ellison*
                                                    Benjamin Ellison, WSBA No. 48315
                                                    2212 Queen Anne Ave N., No. 719
                                                    Seattle, WA 98109
                                                   *Withdrawing Law Firm*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>                 Debtor(s),<br><br>MEGAN and JOHN DECK,<br><br>                 Plaintiff,<br><br>    v.<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>                 Defendant(s). | No. 22-40819-BDL<br><br><br><br>Adversary No. 22-4023-BDL<br><br>DECLARATION OF BENJAMIN ELLISON<br>IN SUPPORT OF MOTION TO<br>WITHDRAW<br>AS COUNSEL FOR THE WEEMS |

I, Benjamin Ellison, declare and state as follows:

1. I am over the age of eighteen (18), competent to testify herein, and I make this declaration of my own personal knowledge and my review of the records in this case.

2. I am an attorney for the Weems, and I have personal knowledge of, and am competent to testify to the facts asserted herein.

3.      In November 2023, the Weems retained SSL as counsel for the Weems in a half-dozen bankruptcy litigations, as the Law Offices of David Smith represented the Weems and the Elite Corporation in the main bankruptcy cases.

4.      Since Mr. Weems gave up his discharge in this case at the end of May 2023, SSL and the Weems have come into conflict concerning, *inter alia*, strategy for resolving these adversary proceedings.

5.      SSL informed the Weems on September 24, 2023 that it would withdraw.

6.      When the recent motion for summary judgment was filed, on November 16, 2023, SSL reminded the Weems and Mr. Smith that SSL would not be dealing with the motion.

7.      Until two nights before the hearing, SSL hoped that a successor law firm would succeed it, as Mr. Weems named other bankruptcy attorneys whom he had interviewed.

8.      However, replacement counsel was not located, and the principal of SSL was unable to attend the hearing due to an important commitment mandated by his pending personal divorce proceeding.

9.      The Weems were aware that I would not be appearing on their behalf at the hearing, and despite my and David Smith's request, opposing counsel was unwilling to continue the prior hearing.

10.     SSL believes that it worked very hard for the Weems over the last 15 months.

11.     The existing motion for summary judgment is scheduled to be heard 2 weeks after this hearing, and SSL presumes that the Weems will have secured new counsel by then.

12. SSL represents that this motion is being served by e-mail, and via post will be timely served this evening on the last known address listed for the Weems, 1420 32nd St NW, Puyallup WA 98371, tel# (253) 209-3661, e-mail: maddenstar247@gmail.com.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 19th day of December, 2023.

/s/ Benjamin A. Ellison

Ben Ellison

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>                Debtor(s), | No. 22-40819-BDL<br><br><br><br><br><br>Adversary No. 22-4023-BDL |
| MEGAN and JOHN DECK,<br><br>                Plaintiff,<br><br>   v.<br><br>THOMAS JAMES WEEMS and<br>BRITTANY NICOLE WEEMS,<br><br>                Defendant(s). | ORDER GRANTING MOTION TO<br>WITHDRAW AS COUNSEL FOR THE<br>WEEMS |

THIS MATTER came before the Court upon Salish Sea Legal PLLC's Motion to Withdraw as Counsel for the Weems. The Court has reviewed the Motion; Declaration of Benjamin A. Ellison in support of the Motion; Responses to the Motion, if any; the Reply, if any; and the other files and records herein. The Court finds that notice of the Motion was appropriate under the circumstances and that the relief requested by Salish Sea Legal PLLC is reasonable. Any objections to the Motion, if not withdrawn, are hereby overruled.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Salish Sea Legal PLLC and its attorney are excused as counsel for the Weems in this matter.

SALISH SEA LEGAL PLLC'S MOTION TO
WITHDRAW AS COUNSEL – 8

///END OF ORDER///

Salish Sea Legal PLLC
__/s/ Ben Ellison_____
Benjamin Ellison, WSBA No. 48315
2212 Queen Anne Ave N., No. 719
Seattle, WA 98109

SALISH SEA LEGAL PLLC'S MOTION TO
WITHDRAW AS COUNSEL – 9