Entered on Docket January 11, 2024

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>Thomas James Weems and<br>Brittany Nicole Weems,<br><br>               Debtors. | Case No. 22-40819-BDL |
| Meagan Deck and John Deck, a marital community,<br><br>               Plaintiffs,<br><br>    v.<br><br>Elite Custom Homes and Construction, LLC, a limited liability company; Thomas James Weems and Brittany Nicole Weems, a marital community,<br><br>               Defendants. | Adversary No. 22-04023-BDL<br><br>**Order Sanctioning Counsel** |

On December 19, 2023, the Court entered an order to show cause directed at Benjamin Ellison, counsel of record for Defendants Thomas and Brittany Weems (the "OSC"). ECF No. 22. The OSC details Mr. Ellison's inadequate representation related to a motion for summary judgment filed by Plaintiffs Meagan and John Deck. *Id.*

— 1 —

ORDER SANCTIONING COUNSEL

On January 10, 2024, the Court held a hearing and required Mr. Ellison to show cause, if any, as to why the Court should not sanction him for the reasons described in the OSC. At that hearing, Mr. Ellison was represented by David Smith, counsel for Thomas and Brittany Weems in their main bankruptcy case. The Court made an oral ruling on the record, which is incorporated herein by reference.

Therefore, it is hereby

**ORDERED** that Mr. Ellison is sanctioned in the amount of $1,000.00 (the "Sanction Amount"). Mr. Ellison must pay the Sanction Amount to Tacomaprobono Community Lawyers within thirty (30) days of the entry of this order. Tacomaprobono Community Lawyers' mailing and web addresses are as follows:

> Tacomaprobono Community Lawyers
>
> 621 Tacoma Avenue South
>
> Suite 303
>
> Tacoma, WA 98402
>
> https://tacomaprobono.org/

It is further

**ORDERED** that upon payment, Mr. Ellison must file a declaration with the Court establishing proof of payment.

///End of Order///